

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00188-CR

_____


MARKEASE DONTRELL MCCARTY, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 8th Judicial District Court
Delta County, Texas
Trial Court No. 6889


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Markease Dontrell McCarty appeals from his adjudication of guilt on three separate counts of aggravated sexual assault of a child, and resulting sentence of life imprisonment.  McCarty has filed a single brief, in which he raises issues common to all of his appeals.[1]  He argues that the trial court committed reversible error by failing to remove a potential witness from the courtroom,and that his counsel rendered ineffective assistance in failing to present any evidence in his favor.

We addressed these issues in detail in our opinion of this date on McCarty's appeal in cause number 06-09-00187-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:     September 28, 2010
Date Decided:       September 29, 2010

Do Not Publish

---

[1]McCarty appeals from three convictions for aggravated sexual assault of a child, cause numbers 06-09-00187-CR through 06-09-00189-CR.